### Dug HUNTER v. STATE. (No. 12398.)

Court of Criminal Appeals of Texas. March 20, 1929.

Ramey & Davidson, of Sulphur Springs, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for transporting intoxicating liquor; punishment being one year in the penitentiary. The state's evidence is sufficient to support the conviction. Upon the trial appellant admitted the transportation of the liquor, but defended on the ground that he was transporting it for medicinal purposes. This issue was submitted to the jury under appropriate instructions and the finding thereon was against appellant. No error is apparent from the record.

The judgment is affirmed.

### Ex parte Ferdinand KUEHNE. (No. 12536.)

Court of Criminal Appeals of Texas. March 27, 1929.

See, also, 12 S.W.(2d) 790.

Cofer & Cofer, of Austin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The relator, through his attorneys, has filed a motion requesting that the application for writ of habeas corpus be dismissed without prejudice to any of his rights. The motion is granted, and the application is dismissed, with the statement that it is not intended that the right of the relator to resist the enforcement of the judgment by any legal means shall be impaired or prejudiced.

### Norman LUNDAY v. STATE. (No. 12583.)

Court of Criminal Appeals of Texas. April 10, 1929.

W. H. Blanton, of Floresville, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of 30 years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### G. W. NELMS, alias J. W. Hall, v. STATE. (No. 12564.)

Court of Criminal Appeals of Texas. March 27, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for swindling; punishment, three years in the penitentiary. An examination of the record discloses that same is here without any statement of facts or bills of exception. The indictment seems to correctly charge the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

### Alfred PACE v. STATE. (No. 12553.)

Court of Criminal Appeals of Texas. March 27, 1929.

V. L. Shurtleff, of Breckenridge, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is murder, the punishment confinement in the penitentiary for 10 years. Appellant has filed his duly verified request seeking a dismissal of his appeal herein.

The request is granted, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.